# EXHIBIT A - INVOICE SUMMARY
# Receiver/Klein & Associates

**DATE:** September 30, 2011
**CLIENT:** TRIGON RECEIVERSHIP

*Summary of Services:*

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Wayne Klein | 84.70 | 250.00 | 21,175.00 |
| James Shupe | 4.30 | 120.00 | 516.00 |
| Keith Williams | 2.60 | 75.00 | 195.00 |
| Ben Hawker | 0.20 | 60.00 | 12.00 |
| **Total** | **91.80** | | **21,898.00** |

| | |
|---|---|
| **Amount Waived** | 2,475.00 |
| **Total Fees Requested** | 21,898.00 |
| **Expenses** | 279.86 |
| **Total Fees and Expenses** | 22,177.86 |
| **Value of Non-Billed Time** | 2,475.00 |

# EXPENSES

| Recipient | Amount | Date | Category | Description |
|---|---|---|---|---|
| Pocatello Creek | 63.24 | 5/9/2011 | Gasoline | Rental car for deposition of Receiver by Beck |
| Guesthouse | 63.72 | 5/10/2011 | Hotel | Hotel during deposition of Receiver |
| Maverik | 40.97 | 5/11/2011 | Gasoline | Rental car for deposition of Receiver by Beck |
| Fox Car Rental | 57.76 | 5/11/2011 | Car Rental | Rental car for deposition of Receiver by Beck |
| DocuMart | 35.48 | 5/17/2011 | Copying | Scan Trigon bank records for Hawley Troxell |
| United Parcel Serv | 18.69 | 5/17/2011 | Shipping | Overnight mail of CD to Hawley Troxell |
| *Total* | *279.86* | | | |