## EXHIBIT B - HAWLEY TROXELL ENNIS & HAWLEY
### July 1, 2010 - September 30, 2011

**Legal Fees**

| Employee | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| John Kurtz | Partner | 270.00 | 81.9 | 22,113.00 |
| Matthew Gordon | Associate | 150.00 | 207.2 | 31,080.00 |
| Kyle Millard | Paralegal | 95.00 | 2.7 | 256.50 |
| *Total* | | | *291.8* | *53,449.50* |

**Expenses**

| Case | Copies | Postage | Computer Research | Travel | Messenger | Total |
|---|---|---|---|---|---|---|
| General | 20.70 | | | | | *20.70* |
| Heffernan | 39.24 | 58.75 | 369.57 | | | *467.56* |
| Piano Gallery | 76.32 | 19.14 | 97.31 | | | *192.77* |
| Doyle Beck | 96.66 | | 925.52 | 355.44 | | *1,377.62* |
| Struchen | 130.68 | | | 437.40 | | *568.08* |
| RoChel Burtenshaw | 4.32 | | | | | *4.32* |
| Sight & Sound | 29.16 | | | | 4.00 | *33.16* |
| American Express | | | 160.69 | | | *160.69* |
| Diners Club | 0.72 | | 30.27 | | | *30.99* |
| *Total* | *397.80* | *77.89* | *1,583.36* | *792.84* | *4.00* | *2,855.89* |

| GRAND TOTAL | 56,305.39 |
|---|---|