IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> DAREN L. PALMER and TRIGON Group, INC., <br><br> Defendants. | CIVIL ACTION NO.: 4:09-CV-0076-EJL <br><br> **FINAL JUDGEMENT AGAINST DAREN L. PALMER** |

Based upon this Court's Order Granting Summary Judgment and Entering Final Judgment of Permanent Injunction and Other Relief Against Daren L. Palmer (Dkt 75) and the Court being fully advised in the premises,

**IT IS HEREBY ORDER, ADJUDGED AND DECREED**:

Plaintiff shall be awarded Judgment against Defendant, Daren L. Palmer, consistent with the terms and conditions as set forth in the Court's Order (Dkt. 75) *nunc pro tunc* to the date Summary Judgment was granted on October 4, 2010.

DATED: **April 11, 2014**

Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT - 1