## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

COMMODITY FUTURES TRADING
COMMISSION,

           Plaintiff,

     v.

DAREN L. PALMER and TRIGON Group,
INC.,

           Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO.: 4:09-CV-0076-EJL

**FINAL JUDGEMENT AGAINST TRIGON GROUP INC.**

Based upon the Consent Order of Permanent Injunction, Monetary Judgment and Other Equitable Relief Against Defendant Trigon Group, Inc., (Dkt 115) and the Court being fully advised in the premises,

        **IT IS HEREBY ORDER, ADJUDGED AND DECREED**:

Plaintiff shall be awarded Judgment against Defendant, Trigon Group, Inc., consistent with the terms and conditions as set forth in the Consent Order (Dkt. 115) *nunc pro tunc* to the date the Consent Order of Permanent Injunction, Monetary Judgment and Other Equitable Relief Against Defendant Trigon Group, Inc., entered on November 30, 2012.

DATED:  **April 11, 2014**

_____
Honorable Edward J. Lodge
U. S. District Judge

FINAL JUDGMENT TRIGON GROUP, INC. - 1